JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEELY LEJON DINKINS,<br><br>    Petitioner,<br><br>    v.<br><br>AMY MILLER,<br><br>    Respondent. | Case No. CV 14-2842-AB (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: April 16, 2015

_____
HONORABLE ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE